**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| FRANK A. ROSE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | 1:26-cv-900 (PTG/WBP) |
| | ) | |
| KATHRYN HEWITT, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**ORDER**

This matter is before the Court on Defendant's Second Motion to Dismiss and, in the Alternative, for a More Definite Statement (Dkt. 38) (the "Motion"). On August 20, 2026, the Court held a hearing on the Motion. For the reasons stated from the bench, it is hereby

**ORDERED** that Defendant's Second Motion to Dismiss and, in the Alternative, for a More Definite Statement (Dkt. 38) is **DENIED**.

Entered this 20th day of August, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge